■ JEAN M. DOOB, Appellant, v. FREDERICK T. DOOB, Respondent.— Order unanimously modified so as to provide that plaintiff may apply to the trial

court for a further allowance for counsel fees in the discretion of the Trial Judge, and, as so modified, affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.